DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS VIVAS-BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0023 AWI |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  October 11, 2011 |
| JESUS VIVAS-BARAJAS, | Time:  9:00 a.m. |
| *Defendant.* | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jesus Vivas-Barajas, that the date for status conference may be continued to September 26, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is September 12, 2011. The requested new date is October 11, 2011.**

The parties are engaged in plea negotiations and time is needed for additional negotiations and defense investigation. The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For ///

///

///

this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 7, 2011    By /s/ Kathleen A. Servatius
    KATHLEEN A. SERVATIUS
    Assistant United States Attorney
    Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 7, 2011    By /s/ Eric V. Kersten
    ERIC V. KERSTEN
    Assistant Federal Defender
    Attorney for Defendant
    Jesus Vivas-Barajas

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:    September 7, 2011

    CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON      2