UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | RE: Jesus Vivas-Barajas<br>Docket Number: 1:10CR00023-01<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Jesus Vivas-Barajas is requesting permission to travel to Yili, China. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On July 23, 2012, Jesus Vivas-Barajas was sentenced for the offense of 21 U.S.C. 846, 841(a)(1), and (b)(1)(A), Conspiracy to Distribute Methamphetamine (Class A Felony).

**Sentence Imposed:** 120 months custody in Bureau of Prisons; 36 months Term of Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** April 18, 2019, through April 29, 2019, via China Southern Airlines.

**Purpose:** Obtain business ideas.

1

**RE:    Jesus Vivas-Barajas**
**       Docket Number:  1:10CR00023-01**
**       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

*[signature]*

Adrian Garcia
United States Probation Officer

Dated:   February 21, 2019
         Fresno, California
         AG/rv

**REVIEWED BY:**        */s/ Tim Mechem*
                        **Tim D. Mechem**
                        **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   **February 25, 2019**                *[signature] Dale A. Drozd*
                                              UNITED STATES DISTRICT JUDGE